| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alarcon, Arthur L. | U.S. Court of Appeals | 03/08/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior Status | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 312 No. Spring Street Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. 6/76 | Employee's Retirement Benefit (State of California) |
| 3. 6/92 | State Judge's Pension |

Alarcon_Arthur_L

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Retirement Benefits, State of California | $2,405.00 |
| 2. 2008 | Retirement Benefits, Los Angeles County | $11,097.00 |
| 3. 2008 | Retirement Benefits, State of California Judges | $41,920.00 |
| 4. 2008 | West Services Inc. | $10,875.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Retirement Plan of Citibank |
| 2. 2008 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/08/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. U.S. Treasury Bills | C | Interest | K | T | Redeemed (part) | 04/03 | J | | |
| 3. | | | | | Redeemed (part) | 05/01 | L | | |
| 4. | | | | | Redeemed (part) | 08/07 | K | | |
| 5. | | | | | Buy (add'l) | 08/27 | K | | |
| 6. United Airline Stock | | None | J | T | | | | | |
| 7. Wachovia Bank Accounts | B | Interest | | | Closed | 09/27 | K | | |
| 8. Citibank Accounts | A | Interest | K | T | Open | 10/17 | K | | |
| 9. Brokerage Account #1 | | | | | | | | | |
| 10. - TD Ameritrade MMDA Sweep Account | A | Interest | K | T | | | | | |
| 11. - Citigroup Stock | C | Dividend | K | T | Buy (add'l) | 02/15 | J | | |
| 12. | | | | | Buy (add'l) | 10/10 | J | | |
| 13. - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 14. - Hewlett Packard Stock | A | Dividend | K | T | | | | | |
| 15. - Microsoft Stock | A | Dividend | J | T | | | | | |
| 16. - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 17. - Nokia Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | L =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/08/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - IBM Stock | A | Dividend | J | T | | | | | |
| 19.  - Sara Lee Stock | A | Dividend | J | T | Buy (add'l) | 02/15 | J | | |
| 20.  - Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 21.  - Paterson-UTI Energy Inc Stock | A | Dividend | J | T | | | | | |
| 22.  Brokerage Account #2 | | | | | | | | | |
| 23.  - TD Ameritrade MMDA Sweep Account | A | Interest | J | T | | | | | |
| 24.  - Honeywell Stock | A | Dividend | K | T | Sold (part) | 10/15 | J | C | |
| 25.  - Cisco Stock | | None | J | T | | | | | |
| 26.  - Pfizer Stock | A | Dividend | J | T | | | | | |
| 27.  - Merck Stock | A | Dividend | J | T | | | | | |
| 28.  - International Paper Stock | A | Dividend | J | T | | | | | |
| 29.  - EXXON Mobile Corp Stock | A | Dividend | J | T | Buy (add'l) | 10/24 | J | | |
| 30.  - 3M Company Stock | A | Dividend | J | T | | | | | |
| 31.  - Intel Stock | A | Dividend | J | T | | | | | |
| 32.  - Clorox Company Stock | A | Dividend | J | T | | | | | |
| 33.  - Newell Rubbermaid Inc Stock | A | Dividend | J | T | | | | | |
| 34.  - Citigroup Inc Stock | A | Dividend | J | T | Buy (add'l) | 10/15 | J | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/24 | J | | |
| 36. | | | | | Buy (add'l) | 11/14 | J | | |
| 37.     - GE Stock | A | Dividend | J | T | Buy | 02/04 | J | | |
| 38.     Brokerage Account #3 | | | | | | | | | |
| 39.     - Wachovia Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 40.     - Capmark Bank CD | C | Interest | | | Redeemed | 06/13 | L | | |
| 41.     - Doral Bank CD | C | Interest | | | Redeemed | 12/08 | L | | |
| 42.     - Enterprise Bank CD | C | Interest | | | Redeemed | 05/02 | L | | |
| 43.     - Franklin Bank CD | C | Interest | | | Redeemed | 07/10 | L | | |
| 44.     - Lehman Commercial Bank CD | C | Interest | L | T | | | | | |
| 45.     - Stillwater Bank CD | C | Interest | | | Redeemed | 01/24 | L | | |
| 46.     - Calif State Bond | | None | M | T | Buy | 12/15 | M | | |
| 47.     - Carolina First Bank CD | | None | L | T | Buy | 07/21 | L | | |
| 48.     - National Bank CD | | None | L | T | Buy | 06/16 | L | | |
| 49.     - Silverton Bank CD | B | Interest | L | T | Buy | 08/07 | L | | |
| 50.     - Southwest Bank CD | C | Interest | L | T | Buy | 01/28 | L | | |
| 51.     - Wright Exp CD | A | Interest | | | Buy | 05/05 | L | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed | 08/07 | L | | |
| 53. Brokerage Account #4 | | | | | | | | | |
| 54. - Wachovia Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 55. - Firstbank CD | C | Interest | | | Redeemed | 02/14 | L | | |
| 56. - New Frontier Bank CD | C | Interest | | | Redeemed | 06/27 | L | | |
| 57. - Washington Mutual CD | C | Interest | | | Redeemed | 05/05 | L | | |
| 58. - Pyramax Bank CD | C | Interest | | | Redeemed | 08/08 | L | | |
| 59. - American Exp Bank CD | | None | M | T | Buy | 11/25 | M | | |
| 60. - Bank of India CD | A | Interest | | | Buy | 02/14 | L | | |
| 61. | | | | | Redeemed | 05/21 | L | | |
| 62. - Bank India CD | | None | L | T | Buy | 07/02 | L | | |
| 63. - Colonial Bank CD | | None | L | T | Buy | 05/28 | L | | |
| 64. - First Banking CD | B | Interest | | | Buy | 05/12 | L | | |
| 65. | | | | | Redeemed | 11/21 | L | | |
| 66. - First National Bank CD | A | Interest | | | Buy | 02/14 | K | | |
| 67. | | | | | Redeemed | 04/28 | K | | |
| 68. - Merrick Bank CD | B | Interest | | | Buy | 05/12 | L | | |

1. Income Gain Codes.        A =$1,000 or less        D =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)             U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Redeemed | 11/17 | L | | |
| 70.    - Wachovia Bank CD | A | Interest | L | T | Buy | 09/12 | L | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | D =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1)  Part VII, lines 10 thru 37:  differences between 2007 and 2008 for entries in Column B (Income) and C (Gross Value) are due to fluctuation in  stock prices and dividends.

2)  Part VII, the "Audit" flagged lines 9, 22, 38, and 53 with "...if the entry in column A is not a header then...."    The entries in lines 9, 22, 38, and 53 are headers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS. (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544